## THOMAS FENTON, Appellant, v. SALT LAKE COUNTY, Respondent.

PRACTICE ON APPEAL—LAW OF THE CASE.—The fact that the questions presented by an appeal have been already decided on a former appeal in the same case is no reason for dismissing an appeal from the judgment rendered by the lower court in obedience to the former decision.

MOTION to dismiss an appeal. The opinion states the fact.

*Mr. Z. Snow,* in support of the motion.

*J. D. Lomax, contra.*

POWERS, J.:

This matter comes up on a motion to dismiss the appeal. The plaintiff filed his complaint in the court below, to which the defendant demurred. The demurrer was overruled by the lower court, whereupon the defendant appealed from the order overruling the demurrer to this court, which reversed the order of the lower court and directed that court to sustain the demurrer, which was done. The plaintiff elected to stand upon his complaint, and thereupon the lower court dismissed the case, from which judgment the plaintiff now appeals, and the defendant moves to dismiss the appeal on the ground that the lower court merely carried out the instructions of this court; that there is nothing presented by the present appeal that was not passed upon when the case was here before. The statute gives the plaintiff the right to appeal to this court: Laws, 1884, sec. 828. Whether there is any merit in his appeal cannot be considered on this motion: *Mich. Ins. Co.* v. *Whittemore,* 12 Mich. 311; *Tower* v. *D. & M. R. Co.,* 7 Mich. 10. Neither can we consider whether a principle before decided is applicable to the case on its merits.

We are of the opinion, therefore, that this motion must be denied.

ZANE, C., J., concurred.

BOREMAN, J., did not sit in this case.